## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

JEANETTE WILLIAMSON,          )

       )

     Plaintiff,           )

       )

v.                    )   CIVIL ACTION NUMBER:

       )   2:05-cv-00454-MHT-CSC

       )

BAYER CORPORATION,          )

       )

     Defendant.         )

## DEFENDANT BAYER CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to *FED. R. Civ. P. 7.1(a)*, defendant Bayer Corporation, ("Bayer") provides the following Corporate Disclosure Statement.  Bayer's parent corporation is Bayer, A. G. and no publicly held company, other than Bayer, A.G., owns 10% or more of Bayer's stock.

s/Brian A. Wahl

Brian A. Wahl  (WAH003)

One of the Attorneys for Bayer Corporation

**OF COUNSEL:**

Jay D. St. Clair (STC001)

Bradley Arant Rose & White LLP

One Federal Place

1819 Fifth Avenue North

Birmingham, AL 35203-2104

(205) 521-8000 (Telephone)

(205) 521-8800 (Facsimile)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**COUNSEL FOR PLAINTIFFS**
Leila H. Watson, Esquire
Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL  35205

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

Respectfully submitted,

s/ Brian A. Wahl
_____
Brian A. Wahl
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: bwahl@bradleyarant.com

2