**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 17, 2005

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: Jeanette Williamson v. Bayer Corporation**

**Case Number: 2:05cv454-T**

**Pleading : #5 - Answer to Amendment to Complaint**

**This Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 6/15/2005 with an unsigned and undated Certificate of Service.**

**The corrected pdf document is attached to this notice.**