IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JEANETTE WILLIAMSON,              )
                                  )
        Plaintiff,                )
                                  )    CIVIL ACTION NO.
        v.                        )      2:05cv454-T
                                  )
BAYER CORPORATION,                )
                                  )
        Defendant.                )

                            ORDER

        Counsel for plaintiff having orally informed the court

that plaintiff does not object to defendant's motion to

suspend duties (Doc. No. 9), it is ORDERED that said motion

is granted and that this cause is stayed pending MDL

transfer.

        DONE, this the 22nd day of June, 2005.


                        ___/s/ Myron H. Thompson___
                        UNITED STATES DISTRICT JUDGE