**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bruce Rifkin, Clerk
   Attn: MDL, Lisa Tardiff
   United States District Court
   Western District of Washington
   700 Stewart Street
   Seattle, Washington 98101-9906

   05-452, 05-453, 05-454

2. Article Number (Transfer from service label): 7004 2510 0001 0150 5672

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): [illegible]

C. Date of Delivery: 8/1/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   AUG 0 1 2005

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? ☐ Yes

MDC Transfer